**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNNY SALAZAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ADELANTO, et al.,<br><br>　　　　Defendants. | Case No. ED CV 19-2333-PA (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND REMANDING CASE TO SAN BERNARDINO COUNTY SUPERIOR COURT** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, other records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED: (1) defendant's Motion to Dismiss (Docket No. 13) is granted to the extent that all of plaintiff's federal claims (the first and second causes of action) are dismissed without leave to amend; and (2) the Court declines to exercise supplemental jurisdiction over Plaintiff's individual state law claims because the Court has dismissed all claims over which it has original jurisdiction. 28 U.S.C. § 1367(c)(3). Accordingly, the Court remands this action to

San Bernardino County Superior Court, Case No. CIV DS 1924134. See 28 U.S.C. § 1447(c).

DATED: September 24, 2020

                                              PERCY ANDERSON
                                              UNITED STATES DISTRICT JUDGE