JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SALAZAR,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF ADELANTO, et al.,<br><br>    Defendants. | No. CV 19-2333 PA (SP)<br><br>JUDGMENT |

In accordance with the Court's September 24, 2020 Order Accepting Findings and Recommendation of United States Magistrate Judge and Remanding Case to San Bernardino County Superior Court, IT IS HEREBY ADJUDGED AND DECREED:

1. Plaintiff Johnny Salazar's federal claims are dismissed with prejudice;
2. Judgment shall be entered in favor of Defendants and against Plaintiff; and
3. Plaintiff takes nothing.

DATED: September 24, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE